IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CV-00728-D

UNITED STATIONERS SUPPLY CO.,

    Plaintiff,

v.

BRADLEY P. KING,

    Defendant.

## ORDER GRANTING STAY

THIS MATTER is before the Court on Plaintiff United Stationers Supply Co.'s Consent Motion for Stay (the "Motion"). Having considered the matter and reviewed the record in this matter, the Court concludes there is good cause for the Motion. Therefore, the Motion should be GRANTED.

SO ORDERED this the 31 day of May, 2013.

_____
The Honorable James C. Dever, III