IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:11-cv-00728-D

UNITED STATIONERS SUPPLY CO,       )
                                   )
            Plaintiff,             )
                                   )
v.                                 )
                                   )
BRADLEY P. KING,                   )
                                   )
            Defendant.             )

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS PURSUANT TO RULE 41(a)(1)(A)(ii)) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff United

Stationers Supply Co. and Defendant Bradley P. King stipulate to the dismissal with prejudice of

all claims in this action. Each party will bear his or its own respective attorney's fees and costs.

This the 3rd day of July 2013

/s/ Mark A. Finkelstein                      /s/ Paul K. Sun, Jr.
N.C. State Bar No. 13187                     Paul K. Sun, Jr.
Smith Moore Leatherwood                      ELLIS & WINTERS LLP
P.O. Box 27525                               P.O. Box 33550
Raleigh, NC 27601                            Raleigh, NC 27636
Telephone: 919-755-8834                      Telephone: (919) 865-7000
Facsimile: 919-838-3125                      Facsimile: (919) 865-7010
mark.finkelstein@smithmoorelaw.com           Email: paul.sun@elliswinters.com
Attorneys for Plaintiff                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Mark A. Finkelstein, do hereby certify that on July 3 ~~June~~ __, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to Defendant Bradley P. King.

> */s/ Mark A. Finkelstein*
> Mark A. Finkelstein
> N.C. State Bar No. 13187
> SMITH MOORE LEATHERWOOD LLP
> 434 Fayetteville Street
> Two Hannover Square, Suite 2800
> P.O. Box 27525 (27611)
> Raleigh, NC 27601
> Telephone: (919) 755-8700
> Facsimile: (919) 755-8800
> Email: mark.finkelstein@smithmoorelaw.com
> *Attorneys for United Stationers Supply Co.*